[No. 6096.]

FERGUSON v. DURKEE.

Appeals—A verdict upon conflicting testimony will not be reviewed.

*Appeal from Weld County Court*—Hon. CHARLES E. SOUTHARD, Judge.

Mr. HARRY E. CHURCHILL, for appellant.

Mr. JAMES W. McCREERY, for appellee.

CHIEF JUSTICE STEELE delivered the opinion of the court:

The plaintiff brought his action in the justice court, where he recovered a judgment, but upon appeal to the county court, the defendant was successful.

The plaintiff sought damages for failure of the defendant to pay him a commission, alleging that he

was employed by the defendant to procure a purchaser for certain real estate; that he found a purchaser, and that the sale was consummated through his efforts. If the plaintiff's testimony had been duly accredited by the court, a judgment would probably have been rendered in his favor; but the court found against him, and as all the material facts stated in plaintiff's testimony were denied by the defendant, the judgment will be affirmed.

*Affirmed.*

Mr. JUSTICE GABBERT and Mr. JUSTICE HILL concur.